CAITLIN JOLLEY (CA SBN 344519)
*cjolley@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Fl.
Los Angeles, CA 90014
Telephone: (213) 438-9014
Facsimile: (213) 282-3133

*Attorneys for Petitioner*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

Y.D.D.L.C, a minor; by and through Erica Santamaria, as Guardian Ad Litem,

Petitioner,

v.

ANA BABUDAR, Federal Field Specialist, Office of Refugee Resettlement; RUBY HERNANDEZ, Federal Field Specialist, Office of Refugee Resettlement; NIKY HYMEL, Federal Field Specialist Supervisor, Office of Refugee Resettlement; ALEX J. ADAMS, Assistant Secretary of the Administration for Children and Families; ANGIE SALAZAR, Acting Director of the Office of Refugee Resettlement; and ROBERT F. KENNEDY, JR., Secretary of the U.S. Department of Health and Human Services,

Respondents.

Case No. 5:26-cv-03710-JWH-RAO

[~~PROPOSED~~] ORDER GRANTING PETITIONER'S APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM

Upon consideration of Petitioner's Petition for Appointment of Guardian Ad Litem and the Declaration of Erica Santamaria, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.
2. Erica Santamaria is appointed Guardian Ad Litem for Petitioner Y.D.D.L.C. for all purposes in this action.
3. As Guardian Ad Litem, Ms. Santamaria may act on behalf of Petitioner in connection with this litigation and may make decisions necessary to protect Petitioner's interests in consultation with counsel.

IT IS SO ORDERED.

Dated: July 13, 2026

Rozella A. Oliver

HONORABLE ROZELLA A. OLIVER
U.S. MAGISTRARE JUDGE